Chief Judge LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR 09-0335 RSL |
| ) | |
| Plaintiff, ) | |
| v. ) | AGREED ORDER FOR |
| ) | COMPETENCY EVALUATION |
| JAY RAMOS, ) | OF JAY RAMOS |
| Defendant ) | |

This matter having come before the court upon the motion of the defendant for an order seeking a mental-health evaluation of defendant, the court being satisfied there is reasonable cause to believe the motion is appropriate in that the examination would assist the court in determining defendant's competence to proceed with trial and, if convicted, the sentence to be imposed, and further assist the Bureau of Prisons in determining the conditions of confinement;

IT IS HEREBY ORDERED, pursuant to 18 U.S.C. §§4241 and 4247 (b), that defendant be committed to the custody of the Attorney General at a suitable facility for a period not to exceed 30 days and be examined during that time by a psychiatrist and/or

AGREED ORDER FOR
COMPETENCY EVALUATION OF RAMOS - 1

TERRENCE KELLOGG
P.O. Box 70819
SEATTLE, WASHINGTON 98127
(206) 781-8181

psychologist chosen by the Attorney General who shall conduct a mental health examination, including but not limited to a neuropsychological examination, to determine the status of the defendant's mental health;

IT IS FURTHER ORDERED that the defendant shall cooperate with the psychiatrist and/or psychologist during this examination

IT IS FURTHER ORDERED, pursuant to 18 U.S.C. § 4247 (c), that the examining psychiatrist and/or psychologist prepare a report of their examination and file that report with the court and provide copies to counsel for the defendant and the United States;

IT IS FURTHER ORDERED that, if possible, this mental-health examination should be conducted at the Federal Detention Center at SeaTac. If it is not possible to conduct a mental health examination at FDC SeaTac, the United States Marshals Service is directed to transport the defendant to a suitable facility within 10 days of the entry of this order and return the defendant to the Federal Detention Center - SeaTac within 10 days of the completion of the examination ordered herein;

IT IS FURTHER ORDERED, pursuant to 18 USC § 3161 (h) (1) (A), that the time required to perform the examination of defendant be excluded in computing the time

/

/

/

/

AGREED ORDER FOR  
COMPETENCY EVALUATION OF RAMOS - 2  

TERRENCE KELLOGG  
P.O. Box 70819  
SEATTLE, WASHINGTON 98127  
(206) 781-8181

within which the trial in this case must commence.

DONE this 11th day of June, 2010.

*MNT S Casnik*
Robert S. Lasnik
United States District Judge

Approved For Entry; Notice Waived:
Jenny A. Durkin, United States Attorney, by


*s/ Douglas Whalley by T. Kellogg with authorization*
Douglas Whalley, Assistant United States Attorney



Presented by:


  *s/ Terrence Kellogg*
Terrence Kellogg,
Attorney for Ramos
WA. State Bar # 6452
P.O. Box 70819
Seattle, WA. 98127
Telephone: (206) 781-818
E-Mail: terrykellogg@comcast.net

AGREED ORDER FOR
COMPETENCY EVALUATION OF RAMOS - 3

TERRENCE KELLOGG
P.O. Box 70819
SEATTLE, WASHINGTON 98127
(206) 781-8181